Robert C. Bowman Jr. (SBN: 232388)
Christopher C. Phillips (SBN: 257758)
THE LAW OFFICE OF BOWMAN AND ASSOCIATES
A Professional Corporation
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
T:  916.923.2800
F:  916.923.2828
E: cphillips@bowmanandassoc.com

Attorney for Plaintiff, YOLANDA PAYNE

Richard R. Gray, Bar No. 071030
LITTLER MENDELSON
A Professional Corportation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833-4227
Telephone: 916.830.7200
Facsimile: 916.561.0828
E: rgray@littler.com

Attorneys for Defendant, HUHTAMAKI
COMPANY MANUFACTURING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PAYNE<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>HUHTAMAKI COMPANY MANUFACTURING, and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | Case No.:   2:10-CV-00475-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE** |

By and through their counsel of record, Plaintiff YOLANDA PAYNE, and Defendant HUHTAMAKI COMPANY MANUFACTURING, hereby stipulate to a two week continuance of the hearing date and all associated and related deadlines with the Motion for Summary Judgment, or Alternatively Summary Adjudication filed by Defendant and originally set for hearing on May 25, 2011.

The parties hereby agree that the Motion for Summary Judgment will be heard on June 8, 2011, or as soon thereafter as the court deems necessary. The parties hereby agree that all related deadlines, including opposition and reply deadlines, are also extended by two weeks.

Dated: May 16, 2011

By: ___/S/ Christopher C. Phillips_____
Christopher C. Phillips
Attorney for YOLANDA PAYNE

Dated: May 16, 2011

By: ___/S/ Richard R. Gray_____
Richard R. Gray
Attorney for HUHTAMAKI COMPANY MANUFACTURING

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the hearing date for Defendant's Motion for Summary Judgment, or Alternatively Summary Adjudication is continued for two weeks from May 25, 2011 to June 8, 2011. IT IS FURTHER ORDERED that all associated deadlines, including opposition and reply deadlines, are extended by two weeks.

Dated: May 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833